**Opinion issued November 6, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00880-CV

————————————

## IN RE KRISTOFER AND AMANDA SCHRODER, Relators

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relators, Kristopher and Amanda Schroder, have filed a petition writ of mandamus challenging the trial court's order compelling arbitration.[1] To be entitled to mandamus, a relator must show both that (1) the trial court clearly abused its discretion and (2) relator has no adequate remedy by appeal. *In re Gulf Expl., LLC*,

---

[1] The underlying case is *Kristofer Schroder and Amanda Schroder v. Fox Residential Services Group LLC, and FIG Services LLC*, cause number 2024-48075, pending in the 152nd District Court of Harris County, Texas, the Honorable Takasha L. Francis presiding.

289 S.W.3d 836, 842 (Tex. 2009). Without deciding whether the trial court abused its discretion in compelling arbitration, we deny Relators' mandamus petition because Relators have not established that they have no adequate remedy by appeal. *See In re Ayad*, 655 S.W.3d 285, 290 (Tex. 2022), corrected (Dec. 16, 2022) ("We have long held that an adequate remedy for a trial court's error in compelling the parties to arbitrate is available through an eventual appeal from a final judgment enforcing an arbitration award.") (citing *In re Gulf Expl.*, 289 S.W.3d at 838, 842; *In re Palacios*, 221 S.W.3d 564, 565 (Tex. 2006)); *In re Vantage Drilling Int'l*, 555 S.W.3d 629, 633-40 (Tex. App.—Houston [1st Dist.] 2018, orig. proceeding [mand. denied]); *In re McAnally*, No. 01-18-00831-CV, 2018 WL 4780809, at *1 (Tex. App.—Houston [1st Dist.] Oct. 4, 2018, orig. proceeding) (mem. op.).

**PER CURIAM**

Panel consists of Justices Guerra, Guiney, and Johnson.